**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6075

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ROBERT LOUIS PONZINI,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:02-cr-00423-JRS)

Submitted:  April 24, 2008              Decided:  May 15, 2008

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Louis Ponzini, Appellant Pro Se.  Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Louis Ponzini appeals the district court's order granting in part and denying in part Ponzini's motion to modify conditions of supervised release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Ponzini</u>, No. 3:02-cr-00423-JRS (E.D. Va. Dec. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>